2 A.3d 1200

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Christopher POLLER, Petitioner.**

**No. 53 EM 2010.**

Supreme Court of Pennsylvania.

Aug. 12, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of August, 2010, the "Petition for Leave of Court Sought by Appellant Requesting an Extension of Time to File a PAA" is **DENIED.**